UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JEREMY FELTHOFF,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX SLIGER,<br><br>    Defendant. | Case No. 4:24-CV-29-GSL-AZ |

## ORDER

This matter is before the Court on Magistrate Judge Abizer Zanzi's report and recommendation entered on October 2, 2025. [DE 53]. For the reasons fully explained in the report, Judge Zanzi recommends that the Court grant Defendant's Motion to Dismiss as Sanction for Failure to Prosecute and Adequately Respond to Discovery [DE 50] and dismiss this lawsuit.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's report and recommendation in full and orders that Defendant's motion be **GRANTED**. This case is **DISMISSED**.

SO ORDERED.

ENTERED: October 17, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court